IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Julie K Olson, | ) | Case No. 16-25974 |
| | ) | |
| Debtor(s). | ) | Honorable Timothy A. Barnes |

## NOTICE OF MOTION

TO:   Patrick S Layng, U.S. Trustee, *Via Electronic Filing*

The Honorable Judge Timothy A. Barnes, *Via Electronic Filing*

Marilyn O. Marshall, Chapter 13 Trustee, *Via Electronic Filing*

Julie K Olson, 720 Sandpebble Lane, Schaumburg, IL 60193, *Via US Mail*

Additional Creditors, *See attached service list*

PLEASE TAKE NOTICE that on June 8, 2017 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Timothy A. Barnes or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604, and present the attached Motion to Vacate Payroll Control Order, and shall request that the attached Order be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before May 25, 2017.

/s/ *David H. Cutler*
David H. Cutler, ESQ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Julie K Olson, | ) | Case No. 16-25974 |
| | ) | |
| Debtor(s). | ) | Honorable Timothy A. Barnes |

## MOTION TO VACATE PAYROLL CONTROL ORDER

NOW COMES the Debtor, Julie K Olson, by and through her attorneys, Cutler and Associates, Ltd., and moves this court to vacate Payroll Control Order entered on August 23, 2016 [doc. 17], and in support thereof state as follows:

1. On August 12, 2016 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. Debtor's Plan was confirmed on October 6, 2016.

3. Order for Payroll Control was entered on August 23, 2016.

4. Debtor prefers to use the online system to make her own payments.

WHEREFORE Debtor, Julie K Olson, prays that this honorable court enter an order vacating Payroll Control Order dated August 23, 2016 [doc. 17].

By: /s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

2