| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-25974<br>Northern District of Illinois<br>Chicago<br>Thu May 25 13:41:11 CDT 2017 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Atlas Acquisitions LLC  (TEMPOE, LLC)<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Capital Bank<br>1 Church St<br>Rockville, MD 20850-4190 | Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Bank<br>P O Box 15298<br>Wilmington DE 19850-5298 | ComEd<br>P O Box 6111<br>Carol Stream IL 60197-6111 | Comcast<br>41112 Concept Dr<br>Plymouth MI 48170-4253 |
| Comcast<br>One Comcast Center<br>Philadelphia, PA 19103-2899 | Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy  Section<br>Oak Brook Terrace IL 60181-4204 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| DNF Associates<br>c/o SBCS<br>3305 Warminster RD Ste 353<br>Hatboro PA 19040 | (c)FIRST LOANS<br>6785 BOBCAT WAY STE 300<br>DUBLIN OH   43016-1443 | Fst Premier<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 |
| Heights Finance Corp<br>2015 N Green River D<br>Evansville, IN 47715-1909 | Hoffman Estates Police Dept<br>411 w Higgins<br>Hoffman Estates, IL 60169-3506 | Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | Illinois Tollway<br>2700 Ogden Avenue<br>Downers Grove, IL 60515-1703 | Illinois Tollway<br>P O Box 5201<br>Lisle IL 60532-5201 |
| Illinois Tollway<br>P.O. Box 5544<br>Chicago, IL 60680-5544 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | NICOR Northern Illinois Gas<br>Attention Bankruptcy & Collections<br>PO Box 549<br>Aurora IL 60507-0549 |
| Nicor Gas<br>Attn Bankruptcy Department<br>P O Box 190<br>Aurora IL 60507-0190 | Northwest Community Healthcare<br>28079 Network Place<br>Chicago IL 60673-1280 | Oppity Fin<br>11 E. Adams<br>Chicago, IL 60603-6301 |
| Opportunity Loans<br>130 E. Randolph St Suite 1650<br>Chicago, IL 60601-6241 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: Premier Bankcard Mc 56302-7999 |

```
Rent Recover of Better NOI, LLC        Sec Check                              Snchnfin
220 Gerry Drive                        2653 West Oxford Loop                  2 Transam Plaza Dr
Wood Dale, IL 60191-1129               Suite 108                              Oak Brook Terr, IL 60181-4823
                                       Oxford, MS 38655-2929


St Alexius Medical Center              Ttl Fin Ac                             Village of Hoffman Estates
22589 Network Place                    2900 West Irving P                     1900 Hassell Rd.
Chicago IL 60673-1225                  Chicago, IL 60618                      Attn: Rachel Musiala
                                                                              Hoffman Estates, IL 60169-6302


Village of Schaumburg                  Village of Stone Park                  World Acceptance Corp
1000 W Schaumburg RD                   P O Box 7725                           357 S Randall Rd
Schaumburg IL 60194-4148               Carol Stream IL 60197-7725             Elgin, IL 60123-5526


David H Cutler                         Julie K Olson                          Marilyn O Marshall
Cutler & Associates, Ltd.              720 Sandpebble Lane                    224 South Michigan Ste 800
4131 Main St.                          Schaumburg, IL 60193-3849              Chicago, IL 60604-2503
Skokie, IL 60076-2780


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Illinois Department of Revenue         Portfolio Recovery
Bankruptcy Unit                        Po Box 41067
PO Box 19035                           Norfolk, VA 23541
Springfield, IL 62794-9035
```

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
First Loans
7001 Post Rd, Ste 300
Dublin, OH 43016
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

End of Label Matrix
Mailable recipients    42
Bypassed recipients     1
Total                  43